WILLIAM N. D. BIRD, Respondent, *v.* ALBERT G. HATCH, Appellant.

*Bird* v. *Hatch,* 137 App. Div. 932, affirmed.
(Argued January 17, 1912; decided February 2, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 12, 1910, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action, principal against agent, for an accounting.

*Vernon Cole* for appellant.

*Elijah W. Holt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.